BLANK ROME LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 09 2009

SO ORDERED:

George B. Daniels, U.S.D.J.

Dated: SEP 0 9 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| THE SANKO STEAMSHIP CO. LTD., Plaintiff, v. THE GREAT EASTERN CHARTERING LLC and THE GREAT EASTERN SHIPPING CO. LTD., Defendants. |
|---|

09 Civ. 07563(GBD)

**NOTICE OF DISMISSAL**

**WHEREAS**, on or about August 31, 2009, Plaintiff THE SANKO STEAMSHIP CO. LTD. ("Plaintiff") filed this action against Defendants THE GREAT EASTERN CHARTERING LLC and THE GREAT EASTERN SHIPPING CO. LTD. ("Defendants") and obtained the issuance of a Writ of Attachment and Garnishment and an Order for Issuance of a Writ of Attachment and Garnishment dated on or about August 31, 2009, (collectively, the "Process of Maritime Attachment and Garnishment"); and

**WHEREAS**, Plaintiff has not attached any funds;

**WHEREAS**, Defendant has not answered or appeared in this action.

127190.00602/6782300v.1

**NOW**, pursuant to F. R. Civ. P. Rule 41(a)(1) Plaintiff dismisses this action without prejudice and without costs.

Dated: September 8, 2009

          BLANK ROME LLP

       By: _____
         Jeremy J.O. Harwood.
         405 Lexington Avenue
         The Chrysler Building
         New York, NY 10174
         Tel: (212) 885-5000
         Fax: (212) 885-5001
         jharwood@blankrome.com
         *Attorneys for Plaintiff*